**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6565**

_____

WILLIAM JONES, a/k/a William Seymour Jones,

                Petitioner - Appellant,

     v.

WARDEN KUMA DEBOO,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:11-cv-00120-FPS-JES)

_____

Submitted:  September 29, 2016     Decided:  November 2, 2016

_____

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Jones, Appellant Pro Se.  Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Jones, a federal prisoner, appeals the district court's order adopting the magistrate judge's reports and recommendations and denying Jones' motion to dismiss, his motion for judicial notice, and his third motion for reconsideration of the dismissal of his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error, as Jones fails to satisfy the requirements for a motion to reconsider or the requirements set forth in In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000), for application of the savings clause of 28 U.S.C. § 2255(e) (2012). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We deny Jones' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED